Tahir MAHMOOD, Plaintiff–Appellant,

v.

**RESEARCH IN MOTION, LTD.,**
Defendant–Appellee.

Tahir Mahmood, Plaintiff–Appellant,

v.

**Research in Motion, Ltd.,**
Defendant–Appellee.

Nos. 2012–1517, 2013–1062.

United States Court of Appeals,
Federal Circuit.

June 18, 2013.

Ronald M. Daignault, Robins, Kaplan, Miller & Ciresi, L.L.P., of New York, NY, argued for plaintiff-appellant. With him on the brief were Ronald J. Schutz, David Leichtman and Annie Huang.

Paul B. Keller, Allen & Overy, LLP, of New York, NY, argued for defendant-appellee. With him on the brief were Michael S. Feldberg and Laura R. Hall.

NEWMAN, PLAGER, and TARANTO, Circuit Judge.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**